**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| ACME BILLING COMPANY,<br>Plaintiff,<br><br>-v-<br><br>JOHN DOE,<br>Defendant. | Civil No. 1:14-cv-1379<br><br>Hon. Liam O'Grady |

**ORDER**

This matter comes before the Court on Plaintiff's motion for default judgment. (Dkt. No. 12). The Magistrate Judge issued a Report and Recommendation on April 28, 2015. (Dkt. No. 16). The Defendant filed no opposition to Plaintiff's motion and no objection to the Magistrate Judge's proposed findings. Having reviewed the pleadings in this case as well as the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's proposed findings and recommendations. It is therefore ORDERED that:

1. Judgment is ENTERED by default in favor of Plaintiff Acme Billing Company and against Defendant Internet domain names aij.com, hie.com, sjs.com, gy.net, 7204.com, fjd.com, iiw.com, xjn.com, 4213.com, 8674.com, hbu.com, pwp.com, xpe.com, and 7417.com;
2. The registry of record, VeriSign, Inc., is DIRECTED to change the registrar of record for the Defendant domain names to the registrar of Plaintiff's choice;

3. It is further ORDERED that ownership and control of the Defendant domain names be and is transferred to Plaintiff.

Date: May 18, 2015

Alexandria, Virginia

/s/

Liam O'Grady
United States District Judge